## IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2668 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 186 DB 2019 |
| | : | |
| v. | : | Attorney Registration No. 202217 |
| | : | |
| MARK T. PILON a/k/a MARK TANGUAY | : | (Out of State) |
| RAYMOND PILON, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 8th day of November, 2019, upon consideration of the Verified Statement of Resignation, Mark T. Pilon a/k/a Mark Tanguay Raymond Pilon is disbarred on consent from the Bar of this Commonwealth. *See* Pa.R.D.E. 215. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).